UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEITH HOPPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-01830 (PLF) |
| | ) | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion for summary judgment [17] is GRANTED; it is

FURTHER ORDERED that JUDGMENT is entered for the defendant on Count One and Count Two of the Complaint; it is

FURTHER ORDERED that Count Three and Count Four of the Complaint are DISMISSED with prejudice for lack of subject matter jurisdiction; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case. This is a final appealable order.  <u>See</u> FED. R. APP. P. 4(a).

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 30, 2007